
RECEIVED
IN LAFAYETTE, LA.

SEP 2 5 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-cr-00158 |
| VERSUS | JUDGE HAIK |
| TIAN LEI TANG(01) | MAGISTRATE JUDGE HANNA |

### JUDGMENT

The Motion to Suppress Evidence Seized Pursuant to Search Warrant filed by Defendant Tian Lei Tang[Doc. 109] was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and considering the objections lodged, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion to Suppress Evidence Seized Pursuant to Search Warrant filed by Defendant Tian Lei Tang[Doc. 109] is DENIED.

Signed at Lafayette, Louisiana, this 25th day of September, 2013.

_____
RICHARD T. HAIK
United States District Judge